UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BELINDA JONES

    Plaintiff,

                                 CASE NO.:  1:17-CV-03080-WSD

-vs-

NAVIENT SOLUTIONS, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Belinda Jones, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 29th day of January, 2018.

        */s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 223-5402
TGomez@ForThePeople.com
Georgia Bar #: 617963
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2018, a true and correct copy of the foregoing has been filed using the Court's CM/ECF system which sent electronic Notice to all parties of record.

Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
Georgia Bar #: 617963