## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **BELINDA JONES,** | |
| Plaintiff, | |
| v. | 1:17-cv-3080-WSD |
| **NAVIENT SOLUTIONS, LLC,** | |
| Defendant. | |

## ORDER

On January 29, 2018, Plaintiff filed her Notice of Settlement [15] that the parties have settled all pending claims in this matter.  The parties are directed to file their stipulation of dismissal on or before February 28, 2018.  The Court removes the case from its calendar and directs the Clerk of Court to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED** this 29th day of January, 2018.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE