UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BELINDA JONES

       Plaintiff,                      CASE NO.:  1:17-CV-03080-WSD

-vs-

NAVIENT SOLUTIONS, LLC

       Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Belinda Jones, and the Defendant, Navient Solutions, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of March, 2018.


| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Brian Roth* |
| Octavio "Tav" Gomez, Esquire | Brian Roth, Esquire |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, L.L.P. |
| One Tampa City Center | |
| 201 N. Franklin St., 7th Floor | 3850 N. Causeway Blvd., Suite 200 |
| Tampa, FL 33602 | Metairie, LA 70002 |
| Tele: (813) 223-5505 | Tele: (504) 828-3700 |
| Fax: (813) 223-5402 | broth@sessions-law.biz |
| Georgia Bar #: 617963 | Attorney for Defendant |
| tgomez@forthpeople.com | *Admitted Pro Hac Vice* |
| Attorney for Plaintiff | |